Same memorandum as in *People v White* (66 AD3d 1383 [2009]). Present—Smith, J.P., Centra, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN WHITE, Appellant. (Appeal No. 3.) [885 NYS2d 672]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered December 6, 2005. The judgment convicted defendant, upon a jury verdict, of robbery in the second degree (three counts) and petit larceny (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v White* (66 AD3d 1383 [2009]). Present—Smith, J.P., Centra, Fahey, Carni and Pine, JJ.